USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SUN HONG YIM et al.,                                                    :
                                                                        :
                                    Plaintiffs,                         :     16-CV-5554 (JMF)
                                                                        :
            -v-                                                         :     ORDER
                                                                        :
CAREY LIMOUSINE NY, INC. et al.,                                        :
                                                                        :
                                    Defendants.                         :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By stipulation filed September 11, 2017, the parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, advised the Court that Defendants had agreed to a settlement with Plaintiffs Yim and Drhoum (the "Settling Plaintiffs"). By Order entered September 12, 2017, the Court directed the settling parties to file the proposed settlement agreements for the Court's review and to submit letters explaining the basis for the proposed settlements and why they should be approved, with reference to the factors set forth in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).

      The Court, having reviewed the parties' joint letter, dated September 29, 2017, finds that the settlements are fair and reasonable, given both the nature and scope of the Settling Plaintiffs' individual claims as well as the risks and expenses involved in additional litigation. *See id*. Further, the Court finds that the proposed award of attorney's fees, while high relative to the size of the Settling Plaintiffs' claims and recovery, is not unreasonable given counsel's actual work on the case. *See Wolinsky*, 900 F. Supp. 2d at 336-37. Accordingly, the Court approves the settlement and dismisses the claims of the Settling Plaintiffs with prejudice.

      The Clerk of Court is directed to terminate Sun Hong Yim and Rachid Drhoum as Plaintiffs and to terminate Docket No. 62.

      SO ORDERED.

Dated: New York, New York
      October 2, 2017

                                                   JESSE M. FURMAN
                                                   United States District Judge