USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/10/2017__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                  :
SUN HONG YIM et al.,               :
                  :
           Plaintiffs,     :      16-CV-5554 (JMF)
                  :
       -v-            :      ORDER
                  :
CAREY LIMOUSINE NY, INC. et al.,  :
                  :
          Defendants.    :
                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     By Order entered September 12, 2017, the Court directed any settling parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, to file the proposed settlement agreement for the Court's review and to submit letters explaining the basis for the proposed settlement and why it should be approved, with reference to the factors set forth in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). By joint motion filed October 6, 2017, the parties advised the Court that Defendants had agreed to a settlement with Plaintiff Kim and submitted the proposed settlement for approval.

     The Court, having reviewed the parties' joint letter and the joint letter submitted in conjunction with the proposed settlements of Plaintiffs Yim and Drhoum (Docket No. 62), finds that the settlement is fair and reasonable, given both the nature and scope of Plaintiff Kim's individual claims as well as the risks and expenses involved in additional litigation. *See id.* Further, the Court finds that the proposed award of attorney's fees, while high relative to the size of Plaintiff Kim's claims and recovery, is not unreasonable given counsel's actual work on the case. *See Wolinsky*, 900 F. Supp. 2d at 336-37. Accordingly, the Court approves the settlement and dismisses the claims of Plaintiff Kim with prejudice. The Court retains jurisdiction to enforce the settlement (as well as the settlements between Defendants and Plaintiffs Sun Hong Yim and Rachid Drhoum that were approved by Order entered on October 2, 2017).

     The Clerk of Court is directed to terminate Suk Hwan Kim as Plaintiff and to terminate Docket No. 64.

     SO ORDERED.

Dated: October 10, 2017
      New York, New York

                             _____
                                   JESSE M. FURMAN
                              United States District Judge