```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
   SUN HONG YIM et al.,                                                :
                                                                       :
                                    Plaintiffs,                        :    16-CV-5554 (JMF)
                                                                       :
                      -v-                                              :    ORDER
                                                                       :
   CAREY LIMOUSINE NY, INC. et al.,                                    :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2017
```

JESSE M. FURMAN, United States District Judge:

      By Order entered September 12, 2017, the Court directed any settling parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, to file the proposed settlement agreement for the Court's review and to submit letters explaining the basis for the proposed settlement and why it should be approved, with reference to the factors set forth in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). By joint motion filed October 23, 2017, the parties advised the Court that Defendants had agreed to a settlement with all remaining plaintiffs (the "Settling Plaintiffs"), and submitted the proposed settlements for approval.

      The Court, having reviewed the parties' joint motion and the joint motion submitted in conjunction with the proposed settlements of Plaintiffs Yim and Drhoum, (Docket No. 62), finds that the settlements are fair and reasonable, given both the nature and scope of the Settling Plaintiffs' individual claims as well as the risks and expenses involved in additional litigation. *See id.* Further, the Court finds that the proposed awards of attorney's fees, while high relative to the size of the Settling Plaintiffs' claims and recovery, are not unreasonable given counsel's actual work on the case. *See Wolinsky*, 900 F. Supp. 2d at 336-37. Accordingly, the Court approves the settlements and dismisses the case with prejudice. The Court retains jurisdiction to enforce the settlements in this action.

      The Clerk of Court is directed to terminate Docket No. 68 and to close this case.

      SO ORDERED.

Dated: October 25, 2017
       New York, New York

                                                                           JESSE M. FURMAN
                                                              United States District Judge